# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL JONATHAN ANTHONY Jr., ) <br> ) <br> Petitioner, ) <br> ) Civil Action No. 19-2441 (DLF) <br> vs. ) <br> ) <br> WILLIAM P. BARR, Attorney General of the ) <br> United States, *et. al.*, ) <br> ) <br> Respondents. ) <br> _____ ) | |

## THE PARTIES PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's Minute Order dated August 12, 2019, Plaintiff, Samuel Johnathan Anthony, and Defendants, William P. Barr, Attorney General of the United States, *et. al.*, jointly referred to as the Parties, by and through their counsel, propose the following briefing schedule:

- Defendants will file their Opposition to the Complaint for Injunctive Relief on August 29, 2019.

- Plaintiff will file his Reply on September 10, 2019.

                                                  Respectfully submitted,

                                                  JESSIE K. LIU, D.C. Bar #472845
                                                  United States Attorney

                                                  DANIEL F. VAN HORN, D.C. Bar #924092
                                                  Chief, Civil Division

                  By:    */s/ Patricia K. McBride*
                           PATRICIA K. MCBRIDE
                           Assistant United States Attorney
                           Civil Division
                           555 Fourth St., N.W.
                           Washington, D.C. 20530
                           Phone: (202) 252-7123
                           Fax: (202) 252-2599
                           Email: patricia.mcbride@usdoj.gov

*Attorneys for Defendant*s

\_\_/s/\_*Kevin J. McCants*_____
KEVIN J. MCCANTS (493979)
601 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20004
Phone:  (202) 316-4966
Email:  kevin@themccantsfirm.com

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL JONATHAN ANTHONY Jr., )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>WILLIAM P. BARR, Attorney General of the )<br>United States, *et. al.*, )<br>)<br>Respondents. )<br>_____ ) | Civil Action No. 19-2441 (DLF) |

## **PROPOSED ORDER**

Based upon consideration of Parties' Proposed Briefing Schedule, and the record herein, it is hereby:

**ORDERED** that the following Briefing Schedule will be imposed:

- Defendants will file their Opposition to the Complaint for Injunctive Relief on August 29, 2019.

- Plaintiff will file his Reply on September 10, 2019.

SO ORDERED this \_\_\_\_\_ day of _____, 2019.

_____
JUDGE DABNEY L. FRIEDRICH