UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Samuel Jonathan ANTHONY Jr., <br> 4409 Kansas Avenue, NW <br> Washington, DC 20011 <br><br> Plaintiff, <br> v. <br><br> William P. BARR, Attorney General <br> Of the United States <br> 950 Pennsylvania Ave., NW <br> Washington, DC 20530 <br><br> Kevin K. MCALEENAN, Acting Secretary <br> U.S. Department of Homeland Security <br> 2707 Martin Luther King Jr. Ave, SE., <br> Washington, D.C. 20530 <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 19-2441 (DLF) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Patricia McBride, Assistant U.S. Attorney, as counsel of record for Defendant in the above-captioned case.

Dated: August 14, 2019

                                              Respectfully Submitted,

                                              By:  /s/ *Patricia McBride*
                                              PATRICIA MCBRIDE
                                              Assistant United States Attorney
                                              Civil Division
                                              United States Attorney's Office
                                              555 4th Street, N.W.
                                              Washington, D.C. 20530
                                              Telephone: (202) 252-7123
                                              Email: Patricia.McBride@usdoj.gov

                                              *Counsel for Defendants*