UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Samuel Jonathan ANTHONY Jr.,

    Petitioner,

    v.                                    Civil Action No. 19-2441 (DLF)

William P. BARR, Attorney General, et al.

**Motion for Extension of time to File Preliminary Injunction**

Now comes Samuel Jonathn Anthony, by and through counsel, and request an extension of 24-hours to file the preliminary injunction in this case for good cause.

1. At the phone conference in this case on 8/14/19, counsel for Mr. Anthony indicated that he could file a preliminary injunction by COB today. Now pending before the court is at [ECF5] is a motion for pro hac vice and, undersigned counsel needs an additional 24 hours to submit a motion for Preliminary Injunction.

<u>Duty to Confer</u>

2. Counsel was unable to reach the government to get their position on this motion by time of submission.

Dated: 8/14/19                                                        /s/Kevin J. McCants (493979)

601 Pennsylvania Ave., NW

Suite 900

Washington, DC 20004

202.459.4676

Certificate of Service

I KJ McCants attest a copy of this motion was served on the assigned AUSA Patricia McBride by ECF filing on this 14th day of August, 2019.

/s/Kevin J. McCants