IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAMUEL JONATHAN ANTHONY, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 19-2441 (DLF) |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM P. BARR, Attorney General of the UNITED STATES, *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**THE PARTIES PROPOSED BRIEFING SCHEDULE**

Pursuant to the Court's Minute Order dated August 14, 2019, Defendants do not consent to have the temporary restraining order issued by this Court on August 12, 2019 extended beyond its expiration date of August 26, 2019. As a result, Plaintiff, Samual J. Anthony and Respondents, William P. Barr, Attorney General of the United States, *et. al.*, jointly referred to as the Parties, by and through their undersigned counsel, propose the following updated briefing schedule:

- Defendants will file their Opposition to the Complaint for Injunctive Relief on August 21, 2019.
- Plaintiff will file his Reply on August 23, 2019.

Respectfully submitted,

JESSIE K. LIU , DC Bar # 472845
United States Attorney for the District of Columbia

DANIEL F. VAN HORN, DC Bar # 924092
Chief, Civil Division

_____/s/_____
PATRICIA K. MCBRIDE
Assistant United States Attorney
Civil Division
555 4th Street, NW, Room E-4808
Washington, DC  20530
Tel:	202.252.7123
Fax:	202.252.2599
Email:	patricia.mcbride@usdoj.gov

*Attorneys for Respondent*

_____/s/_____
KEVIN J. MCCANTS (493979)
601 Pennsylvania Avenue, NW,
Suite 900
Washington, DC  20004
Tel:	202.459.4676
Fax:	202.330.1550
Email:  kevin@themccantsfirm.com

*Attorney for Petitioner*

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RAHELEH MAKHMALBAF, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATE DEPARTMENT OF )<br>HOMELAND SECURITY, *et. al.*, )<br>Defendants. )<br>) | Civil Action No. 19-1183 (TFN) |

**[PROPOSED] ORDER**

Upon consideration of the Parties proposed briefing schedule, it is hereby ORDERED that the following briefing schedule will be imposed:

- Defendants will file their Opposition to the Complaint for Injunctive Relief on August 21, 2019.

- Plaintiff will file his Reply on August 23, 2019.

SO ORDERED.


Date: _____                    _____
                                         United States District Judge