### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL JONATHAN ANTHONY Jr., ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> WILLIAM P. BARR, Attorney General of the ) <br> United States, *et. al.*, ) <br> ) <br> Respondents. ) <br> _____ ) | Civil Action No. 19-2441 (DLF) |

### DEFENDANT'S UNOPPOSED MOTION TO EXTEND
### AND PARTIES PROPOSED BRIEFING SCHEDULE

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendants, William P. Barr, *et. al.*, respectfully move for a two week extension of time to file their Opposition to the Complaint for Injunctive Relief currently due on August 21, 2019, to September 4, 2019.  In addition, Defendants request that the Court extend the end date of the temporary restraining order issued by the Court on August 12, 2019, from August 26, 2019, until September 9, 2019.  As a result, Plaintiff, Samuel Johnathan Anthony, and Defendants by and through their counsel, propose the following updated briefing schedule:

- Defendants will file their Opposition to the Complaint for Injunctive Relief on September 4, 2019.

- Plaintiff will file his Reply on September 6, 2019.

        Respectfully submitted,

        JESSIE K. LIU, D.C. Bar #472845
        United States Attorney

        DANIEL F. VAN HORN, D.C. Bar #924092
        Chief, Civil Division

By: */s/ Patricia K. McBride*
PATRICIA K. MCBRIDE
Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-7123
Fax: (202) 252-2599
Email: patricia.mcbride@usdoj.gov

*Attorneys for Defendant*s


__/s/_Kevin J. McCants_____
KEVIN J. MCCANTS (493979)
601 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20004
Phone:  (202) 316-4966
Email:  kevin@themccantsfirm.com

*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAMUEL JONATHAN ANTHONY Jr.,                )<br>                                                                      )<br>            Petitioner,                                         )<br>                                                                      )   Civil Action No. 19-2441 (DLF)<br>            vs.                                                    )<br>                                                                      )<br>WILLIAM P. BARR, Attorney General of the  )<br>United States, *et. al.*,                                    )<br>                                                                      )<br>            Respondents.                                    )<br>_____ ) | |

## **PROPOSED ORDER**

Based upon consideration of Defendants' Motion to Extend and Parties' new Proposed Briefing Schedule, and the record herein, it is hereby

**ORDERED** that the Temporary Restraining Order be extended from August 26, 2019 to September 9, 2019; it is hereby further **ORDERED** that the following Briefing Schedule will be imposed:

- Defendants will file their Opposition to the Complaint for Injunctive Relief on September 4, 2019.

- Plaintiff will file his Reply on September 6, 2019.

SO ORDERED this _____ day of _____, 2019.

_____
JUDGE DABNEY L. FRIEDRICH