AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| ANTHONY | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-cv-02441-DLF |
| BARR et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Petitioner Anthony.

Date: 08/28/2019

/s/ Thomas K. Ragland
*Attorney's signature*

Thomas K. Ragland (501021)
*Printed name and bar number*

CLARK HILL PLC
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2505

*Address*

tragland@clarkhill.com
*E-mail address*

(202) 552-2360
*Telephone number*

(202) 552-2384
*FAX number*

Print    Save As...    Reset