# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Samuel Jonathan ANTHONY Jr.,

4409 Kansas Avenue, NW

Washington, DC 20011

    Plaintiff,

  v.                                                                      Civil Action No. 19-2441 (DLF)

William P. BARR, Attorney General

Of the United States

 950 Pennsylvania Ave., NW

Washington, DC 20530

&

Kevin K. MCALEENAN, Acting Secretary

U.S. Department of Homeland Security

2707 Martin Luther King Jr. Ave, SE.,

Washington, D.C. 20530

Defendants.

<u>Motion to Withdraw as Attorney of Record</u>

Now comes Samuel Anthony, by and through counsel, and moves to withdraw the appearance of Kevin J. McCants as Attorney of Record in this matter. Counsel served as local counsel to facilitate the entry of out of state Counsel. Plaintiff has new "local counsel" who has already entered an appearance in this case.

Counsel requests that he be allowed to withdraw from this matter.

Dated: 8/29/19                                     /s/Kevin J. McCants (493979)

                                                   601 Pennsylvania Avenue, NW

                                                   Suite 900

                                                   Washington, DC 20004

                                                   202.459.4676

<u>Certificate of Service</u>

I KJ McCants attest that a true copy of the attached motion to withdraw as counsel of record was served on the assigned prosecutor, Patricia McBride, on this 29th day of August, 2019.

                                                   /s/Kevin J. McCants