


September 10, 2019

**BY ECF**

Hon. Dabney L. Friedrich
United States District Court Judge
The U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

**Re: *Anthony v. Barr et al.*, 19-cv-02441-DLF**

Dear Judge Friedrich:

Rapid Defense Network and Clark Hill PLC represent Petitioner Samuel Jonathan Anthony Jr. in this matter.

On September 6, 2019, the Court ordered the parties to submit supplemental briefs of no more than five pages by 9 a.m. on Monday, September 9, 2019. Petitioner submitted a supplemental brief before the deadline. That brief was longer than permitted, as the page numbering has been set to incorporate a coverage page, such that the brief was longer than permitted. The Petitioner apologizes for the error.

Respondents' counsel had an issue that caused the Respondents' submission, ECF Nos. 19, Notice of Service & 19-1, Notice of Revocation of Release to be submitted after the 9 a.m. deadline. Petitioner has no issue with the late submission.

The Respondents' Revocation of Release, ECF No. 19-1, is problematic.

*First*, it is signed by "Erik Weiss, Assistant Field Office Director" who does not have the authority under applicable regulations of 8 C.F.R. § 241.4 to revoke release. *See e.g. Robmot v. v. Souza*, 296 F. Supp. 3d 383, 387 (D. Mass. Nov. 8, 2017) (discussing authority to revoke release). Current delegation of authority permits a deputy field office director or an acting field office director (or acting deputy field office director) to revoke release, but not an assistant field office director (aka "AFOD"). Thus, Assistant Field Office Director Erik Weiss had no authority to revoke Mr. Anthony's release.

Rapid Defense Network · 11 Broadway, Suite 615, New York, NY 10004
Tel (212) 843-0910 · Fax (212) 257-7033







*Second*, the Defendant's Notice of Service, ECF No. 19, indicates that the Revocation of Release, ECF No. 19-1, is "signed" by Mr. Anthony. The signature on ECF No. 19-1, Revocation of Release is:




ECF No. 19-1, Revocation of Release Signature.

The record contains many examples of Mr. Anthony's signature, for example:




ECF No. 10-1 at p. 1;




Entity

2.a. Signature of Client or Authorized Signatory for an Entity

2.b. Date of Signature (mm/dd/yyyy) 4/10/19

ECF No. 10-2 at p.7;

*Petitioner's Signature*

6.a. Petitioner's Signature

6.b. Date of Signature (mm/dd/yyyy) 1-23-19

ECF No. 10-2 at p.17;

*Applicant's Signature*

6. Applicant's Signature Don't forget to sign!

Date of Signature (mm/dd/yyyy) 4/10/19

NOTE TO ALL APPLICANTS: If you do not completely fill out this application or fail to submit required documents listed in the Instructions, USCIS may deny your application.

ECF No. 10-2 at p. 32;

Sincerely,

SAMUEL ANTHONY

District of Columbia: SS

Subscribed and sworn to before me, in my presence, this 5th day of April, 2019

Teresa M. Fletcher, Notary Public, D.C.

My commission expires December 14, 2021.

ECF No. 10-2 at p. 63 (Notarized); and




Sign Here
Joint return? See instr. Keep a copy for your records.
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.
Your signature | Date | Your occupation: Energy Technician | Daytime phone number: (202)425-9187
Spouse's signature. If a joint return, both must sign | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.)
Paid Preparer | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN

ECF No. 10-2 at p. 128.

These signatures span years, and are all relatively consistent, and none come close to matching the purported signature on the Revocation of Release.

Respectfully submitted,

*<u>/s/ Gregory P. Copeland</u>*
Gregory P. Copeland

*Counsel for Petitioner*

cc: Counsel of Record by ECF