UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Samuel Jonathan ANTHONY Jr., *Petitioner*, -against- William P. BARR, Attorney General of the United States; Kevin K. MCALEENAN, Acting Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY, *Respondents*. | Case No. 1:19-cv-02441-DLF **NOTICE OF APPEAL** |

## **INTRODUCTION**

NOTICE is hereby given that Petitioner Samuel Jonathan Anthony Jr. appeals to the United States Court of Appeals for the District of Columbia from all aspects of the September 11, 2019 Order of the Honorable Judge Dabney L Friedrich on Petitioner's Habeas Petition.

Dated: September 11, 2019
New York, NY

Respectfully submitted,

By:   */s/ Gregory P. Copeland*

Thomas K. Ragland (Bar ID: 501021)
CLARK HILL PLC
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2505
Phone: (202) 552-2360
Fax: (202) 552-2384
Email: tragland@clarkhill.com

1

2

Gregory P. Copeland (Bar ID: NY0311)
RAPID DEFENSE NETWORK
11 Broadway Ste 615
New York, NY 10004-1490
Phone (212) 843-0910
Fax: (212) 257-7033
E-mail: gregory@defensenetwork.org

ATTORNEYS FOR THE PETITIONER