UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL JONATHAN ANTHONY JR.<br><br>*Petitioner*,<br><br>v.<br><br>WILLIAM P. BARR, *et al.*,<br><br>*Respondents*. | No. 19-cv-2441 (DLF) |

## ORDER

Before the Court is petitioner Samuel Jonathan Anthony Jr.'s motion for a preliminary injunction, Dkt. 9.  Based on the parties' submissions and oral argument on September 6, 2019, and for the reasons stated in open court at the hearing held on September 11, 2019, it is

**ORDERED** that the petitioner's motion for a preliminary injunction is **DENIED**.  It is further

**ORDERED** that in the interest of justice, and with the government's consent, the execution of removal is stayed through September 13, 2019 to allow the petitioner time to appeal the Court's September 11, 2019 ruling.

_____
DABNEY L. FRIEDRICH
United States District Judge

September 11, 2019