# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:19–cv–02441–DLF

| | |
|---|---|
| ANTHONY v. BARR et al | Date Filed: 08/12/2019 |
| Assigned to: Judge Dabney L. Friedrich | Jury Demand: Plaintiff |
| Cause: 28:2241 Petition for Writ of Habeas Corpus (federa | Nature of Suit: 530 Prisoner Petition: General (Habeas Corpus) |
| | Jurisdiction: U.S. Government Defendant |

**Petitioner**

**SAMUEL JONATHAN ANTHONY, JR.**     represented by     **Kevin Jesse McCants**
MCCANTS FIRM
601 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004
(202) 459–4676
Fax: (202) 330–5155
Email: kevin@themccantsfirm.com
*TERMINATED: 08/30/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas K. Ragland**
CLARK HILL PLC
1001 Pennsylvania Avenue, NW
Suite 1300 South
Washington, DC 20004–2505
(202) 552–2360
Fax: (202) 552–2384
Email: tragland@clarkhill.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory P. Copeland**
RAPID DEFENSE NETWORK
1 Broadway
Suite 615
New York, NY 10004
(212) 843–0910
Fax: (212) 257–0733
Email: gregory@defensenetwork.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

| | | |
|---|---|---|
| **WILLIAM P. BARR**<br>*Attorney General of the United States* | represented by | **Patricia K. McBride**<br>U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA<br>555 Fourth Street, NW<br>Washington, DC 20530<br>(202) 252–7123<br>Fax: (202) 252–2599<br>Email: patricia.mcbride@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Respondent**

| | | |
|---|---|---|
| **KEVIN K. MCALEENAN**<br>*Acting Secretary, U.S. Department of Homeland Security* | represented by | **Patricia K. McBride**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Respondent**

| | | |
|---|---|---|
| **U.S. DEPARTMENT OF HOMELAND SECURITY** | represented by | **Patricia K. McBride**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/12/2019 | 1 | | PETITION for Writ of Habeas Corpus, COMPLAINT against KEVIN K. MCALEENAN, WILLIAM P. BARR, U.S. DEPARTMENT OF HOMELAND SECURITY (Filing fee $ 400, receipt number 4616100177) with Jury Demand filed by SAMUEL JONATHAN ANTHONY, JR. (Attachment: # 1 Civil Cover Sheet) (tth) (Entered: 08/12/2019) |
| 08/12/2019 | 2 | | MOTION for a Stay of Removal, MOTION for Temporary Restraining Order by SAMUEL JONATHAN ANTHONY, JR. (Attachment: # 1 Text of Proposed Order) (tth) (Entered: 08/12/2019) |
| 08/12/2019 | | | Minute Entry for proceedings held before Judge Dabney L. Friedrich: Motion Hearing held on 8/12/2019 re 2 MOTION to Stay MOTION for Temporary Restraining Order filed by SAMUEL JONATHAN ANTHONY, JR. Further Order to be issued by the Court. Court Reporter: Sara Wick. (zcal) (Entered: 08/12/2019) |
| 08/12/2019 | | | MINUTE ORDER. The petitioner's emergency motion for a temporary restraining order filed earlier this evening is before the Court. *See* Dkt. 2. The Court has been advised that petitioner Samuel Jonathan Anthony Jr. is scheduled for removal from the United States by immigration authorities tomorrow morning, August 12, 2019. Having considered Mr. Anthony's motion and in view of the imminent harm likely to befall him if he is removed from the country before the Court has an opportunity to rule, the Court finds it appropriate to grant the requested stay of removal to preserve the status quo pending further briefing. *See Montufar−Mejia, et al. v. U.S Immigration and Customs Enforcement, et al.*, No. 18−2131, ECF No. 3 (D.D.C. Sep. 13, 2018) |

| | | | |
|---|---|---|---|
| | | | (citing *Winter v. NRDC*, 555 U.S. 7, 24 (2008)). As noted during the status hearing of August 12, 2019, the Court will reconsider this ruling in light of any arguments the government advances in response to the petition and emergency motion. For the foregoing reasons, it is ORDERED that defendants and their officers, agents, servants, employees, attorneys, and all those who are in active concert or participation with them, are temporarily restrained from removing from the United States petitioner Samuel Jonathan Anthony Jr. until further order of this Court. It is FURTHER ORDERED that the parties shall be available for a telephonic conference at 10 a.m. tomorrow, August 13, 2019, or shall submit by 5:00 p.m. on August 13, 2019 a joint proposal for further proceedings. So Ordered by Judge Dabney L. Friedrich on August 12, 2019. (lcdlf1) (Entered: 08/12/2019) |
| 08/13/2019 | 3 | | PROPOSED BRIEFING SCHEDULE *JOINT* by SAMUEL JONATHAN ANTHONY, JR, WILLIAM P. BARR, KEVIN K. MCALEENAN, U.S. DEPARTMENT OF HOMELAND SECURITY. (McBride, Patricia) (Entered: 08/13/2019) |
| 08/14/2019 | | | NOTICE of Hearing: Telephone Conference set for 8/14/2019 at 03:00 PM in Courtroom 12 before Judge Dabney L. Friedrich. (zcal) (Entered: 08/14/2019) |
| 08/14/2019 | 4 | | NOTICE of Appearance by Patricia K. McBride on behalf of WILLIAM P. BARR, KEVIN K. MCALEENAN, U.S. DEPARTMENT OF HOMELAND SECURITY (McBride, Patricia) (Entered: 08/14/2019) |
| 08/14/2019 | 5 | | MOTION for Leave to Appear Pro Hac Vice : Attorney Name– Gregory P. Copeland, : Firm – RAPID DEFENSE NETWORK, : Address– 1 BROADWAY, SUITE 615, NEW YORK, NY 10004. Phone No. – 212–843–0910. Fax No. – 212–257–0733 Filing fee $ 100, receipt number 0090–6322457. Fee Status: Fee Paid. by SAMUEL JONATHAN ANTHONY, JR (Attachments: # 1 Exhibit, # 2 Exhibit)(McCants, Kevin); Modified text on 8/14/2019 (tth). (Entered: 08/14/2019) |
| 08/14/2019 | | | NOTICE OF ERROR re 5 Motion for Leave to Appear Pro Hac Vice; emailed to kevin@themccantsfirm.com, cc'd 4 associated attorneys –– The PDF file you docketed contained errors: 1. Invalid attorney signature, 2. Please do not refile. In the future, all pleadings must be signed. (ztth, ) (Entered: 08/14/2019) |
| 08/14/2019 | | | Minute Entry for proceedings held before Judge Dabney L. Friedrich: Telephone Status Conference held on 8/14/2019. Proposed Joint Briefing Schedule due by 8/15/2019. Court Reporter: Sara Wick. (zcal) (Entered: 08/14/2019) |
| 08/14/2019 | 6 | | MOTION for Extension of Time to *Preliminary Injunction by 1 day* by SAMUEL JONATHAN ANTHONY, JR (McCants, Kevin) (Entered: 08/14/2019) |
| 08/14/2019 | | | MINUTE ORDER granting the plaintiff's 6 Motion for Extension of Time to File Preliminary Injunction. The plaintiff shall file his motion at or before 5 p.m. on August 15, 2019. So Ordered by Judge Dabney L. Friedrich on August 14, 2019. (lcdlf1) (Entered: 08/14/2019) |
| 08/14/2019 | | | MINUTE ORDER granting the plaintiffs' 5 Motion for Admission *Pro Hac Vice* of Gregory P. Copeland. So Ordered by Judge Dabney L. Friedrich on August 14, 2019. (lcdlf1) (Entered: 08/14/2019) |

| | | | |
|---|---|---|---|
| 08/15/2019 | 7 | | PROPOSED BRIEFING SCHEDULE by KEVIN K. MCALEENAN, U.S. DEPARTMENT OF HOMELAND SECURITY. (McBride, Patricia) (Entered: 08/15/2019) |
| 08/15/2019 | 8 | | ENTERED IN ERROR..... MOTION for Preliminary Injunction by SAMUEL JONATHAN ANTHONY, JR (Attachments: # 1 Memorandum in Support, # 2 Affidavit)(McCants, Kevin) Modified on 8/19/2019 (znmw). (Entered: 08/15/2019) |
| 08/15/2019 | 9 | | MOTION for Preliminary Injunction by SAMUEL JONATHAN ANTHONY, JR (McCants, Kevin) (Additional attachment(s) added on 8/19/2019: # 1 Memorandum in Support, # 2 Affidavit, # 3 Text of Proposed Order) (znmw). (Entered: 08/15/2019) |
| 08/15/2019 | 10 | | ERRATA *Exhibits to Preliminary Injunction* by SAMUEL JONATHAN ANTHONY, JR Order on Motion for Extension of Time to,, Set/Reset Deadlines,. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(McCants, Kevin) (Entered: 08/15/2019) |
| 08/15/2019 | | | MINUTE ORDER. The Court has considered the parties' 7 Proposed Briefing Schedule and orders the following schedule: the defendants shall file their opposition to the plaintiff's 8 Motion for Preliminary Injunction on or before August 21, 2019; the plaintiff shall file his reply to the defendants' opposition on or before August 23, 2019. So Ordered by Judge Dabney L. Friedrich on August 15, 2019. (lcdlf1) (Entered: 08/15/2019) |
| 08/19/2019 | | | NOTICE OF CORRECTED DOCKET ENTRY: Docket Entry 8 MOTION for Preliminary Injunction was entered in error and the documents have been added to Docket Entry 9 MOTION for Preliminary Injunction. (znmw) (Entered: 08/19/2019) |
| 08/21/2019 | 11 | | Unopposed MOTION for Extension of Time to by WILLIAM P. BARR, KEVIN K. MCALEENAN, U.S. DEPARTMENT OF HOMELAND SECURITY (McBride, Patricia) (Entered: 08/21/2019) |
| 08/21/2019 | | | MINUTE ORDER granting in part and denying in part the defendants' 11 Unopposed Motion to Extend and Parties Proposed Briefing Schedule. The defendants shall file an opposition to the plaintiff's 8 Motion for Preliminary Injunction on or before August 28, 2019; the plaintiff shall file a reply to the defendants' opposition on or before August 30, 2019. In addition, the Court grants the defendants' request to extend the temporary restraining order through September 9, 2019. *See* Fed. R. Civ. P. 65(a)(2). So ordered by Judge Dabney Friedrich on August 21, 2019. (lcdlf1) (Entered: 08/21/2019) |
| 08/28/2019 | 12 | | NOTICE of Appearance– Pro Bono by Thomas K. Ragland on behalf of All Plaintiffs (Ragland, Thomas) (Entered: 08/28/2019) |
| 08/28/2019 | 13 | | Memorandum in opposition to re 2 MOTION to Stay MOTION for Temporary Restraining Order, 9 MOTION for Preliminary Injunction filed by WILLIAM P. BARR, KEVIN K. MCALEENAN, U.S. DEPARTMENT OF HOMELAND SECURITY. (Attachments: # 1 Declaration)(McBride, Patricia) (Entered: 08/28/2019) |
| 08/28/2019 | 14 | | MOTION to Dismiss by WILLIAM P. BARR, KEVIN K. MCALEENAN, U.S. DEPARTMENT OF HOMELAND SECURITY. (See Docket Entry 13 to view |

| | | | |
|---|---|---|---|
| | | | document). (znmw) (Entered: 08/29/2019) |
| 08/29/2019 | 15 | | MOTION for Extension of Time to File Response/Reply as to 9 MOTION for Preliminary Injunction , 14 MOTION to Dismiss by SAMUEL JONATHAN ANTHONY, JR (Attachments: # 1 Text of Proposed Order)(Copeland, Gregory) (Entered: 08/29/2019) |
| 08/29/2019 | 16 | | MOTION to Withdraw as Attorney by SAMUEL JONATHAN ANTHONY, JR (McCants, Kevin) (Entered: 08/29/2019) |
| 08/30/2019 | | | MINUTE ORDER granting the plaintiff's 15 Motion for Extension of Time to File Response/Reply. The plaintiff shall file his reply on or before September 3, 2019. So Ordered by Judge Dabney L. Friedrich on August 30, 2019. (lcdlf3) (Entered: 08/30/2019) |
| 08/30/2019 | | | MINUTE ORDER granting the 16 Motion to Withdraw as Attorney. So Ordered by Judge Dabney L. Friedrich on August 30, 2019. (lcdlf3) (Entered: 08/30/2019) |
| 09/03/2019 | 17 | | REPLY to opposition to motion re 14 MOTION to Dismiss filed by SAMUEL JONATHAN ANTHONY, JR. (Attachments: # 1 Text of Proposed Order)(Copeland, Gregory) (Entered: 09/03/2019) |
| 09/05/2019 | | | NOTICE of Hearing: Telephone Preliminary Injunction set for 9/6/2019 at 09:00 AM in Courtroom 12 before Judge Dabney L. Friedrich. (zcal) (Entered: 09/05/2019) |
| 09/06/2019 | | | Minute Entry for proceedings held before Judge Dabney L. Friedrich: Telephone Preliminary Injunction held on 9/6/2019. Further Order to be issued by the Court. Court Reporter: Sara Wick. (zcal) (Entered: 09/06/2019) |
| 09/06/2019 | | | MINUTE ORDER. On September 6, 2019, the Court held a hearing on the petitioner's 9 Motion for Preliminary Injunction. The Court took the matter under advisement and directed the parties to file supplemental briefs, no longer than five pages, as well as any supplemental declarations by 9 a.m. on September 9, 2019. In the hearing, respondents consented to a continuation of the temporary restraining order until September 13, 2019. See Fed. R. Civ. P. 65(b)(2). Accordingly, the temporary restraining order is extended until that date or until further order of the Court. So Ordered by Judge Dabney L. Friedrich on September 6, 2019. (Entered: 09/06/2019) |
| 09/06/2019 | | | Set/Reset Hearings: Preliminary Injunction Hearing continued to 9/10/2019 at 10:00 AM in Courtroom 12 before Judge Dabney L. Friedrich. (zcal) (Entered: 09/06/2019) |
| 09/09/2019 | 18 | | SURREPLY to re 9 MOTION for Preliminary Injuction filed by SAMUEL JONATHAN ANTHONY, JR. (Attachments: # 1 Declaration Chatain Declaration, # 2 Exhibit Exh. A to Chatain Declaration, DoS Report, # 3 Exhibit Exh. B to Chatain Declaration, Amnesty Report, # 4 Declaration Bachman Declaration, # 5 Exhibit Tazu v. Barr Order)(Copeland, Gregory) Modified to add link on 9/11/2019 (znmw). (Entered: 09/09/2019) |
| 09/09/2019 | 19 | | NOTICE by WILLIAM P. BARR, KEVIN K. MCALEENAN, U.S. DEPARTMENT OF HOMELAND SECURITY (Attachments: # 1 Exhibit Notice of Revocation)(McBride, Patricia) (Entered: 09/09/2019) |

| | | | |
|---|---|---|---|
| 09/10/2019 | 20 | | NOTICE *re: Revocation of Release Invalidity Issues* by SAMUEL JONATHAN ANTHONY, JR re 19 Notice (Other) (Copeland, Gregory) (Entered: 09/10/2019) |
| 09/10/2019 | | | MINUTE ORDER. The Court is in receipt of the petitioner's 20 Notice re: Revocation of Release Invalidity Issues, which calls into question the respondents' 19 Notice of Revocation of Release. Government counsel shall be prepared to respond to the petitioner's filing at the 10 a.m. hearing on September 10, 2019. So Ordered by Judge Dabney L. Friedrich on September 10, 2019. (lcdlf3) (Entered: 09/10/2019) |
| 09/10/2019 | 21 | | NOTICE *of Delegations of Authority to the Directors, Detention and Removal and Investigations and to Field Office Directors, Special Agents in Charge and Certain Other Officers of the Bureau of Immigration and Customs Enforcement, No. 0001 (June 6, 2003)* by SAMUEL JONATHAN ANTHONY, JR re 20 Notice (Other), Order, (Attachments: # 1 Exhibit Delegations of Authority to the Directors, Detention and Removal and Investigations and to Field Office Directors, Special Agents in Charge and Certain Other Officers of the Bureau of Immigration and Customs Enforcement, No. 0001 (June 6, 2003))(Copeland, Gregory) (Entered: 09/10/2019) |
| 09/10/2019 | | | Minute Entry for proceedings held before Judge Dabney L. Friedrich: Telephone Preliminary Injunction resumed on 9/10/2019. Declarations due by 9/11/2019 at 12:00 PM. Telephone Preliminary Injunction Hearing continued to 9/11/2019 at 03:00 PM in Courtroom 12 before Judge Dabney L. Friedrich. Court Reporter: Sara Wick. (zcal) (Entered: 09/10/2019) |
| 09/11/2019 | 22 | | NOTICE by WILLIAM P. BARR, KEVIN K. MCALEENAN, U.S. DEPARTMENT OF HOMELAND SECURITY (Attachments: # 1 Declaration)(McBride, Patricia) (Entered: 09/11/2019) |
| 09/11/2019 | 23 | | NOTICE *Declarations re: Revocation of Release* by SAMUEL JONATHAN ANTHONY, JR re 18 Surreply, 22 Notice (Other), 20 Notice (Other), 19 Notice (Other) (Attachments: # 1 Declaration Copeland Declaration, # 2 Declaration Chatain Declaration, # 3 Exhibit Delegation Authority, # 4 Exhibit Redacted Release)(Copeland, Gregory) (Entered: 09/11/2019) |
| 09/11/2019 | 24 | | TRANSCRIPT OF PROCEEDINGS before Judge Dabney L. Friedrich held on 09/06/2019. Page Numbers: 1–40. Date of Issuance: 09/11/2019. Court Reporter: Sara Wick, telephone number 202−354−3284. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. Aft er 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

| | | | |
|---|---|---|---|
| | | | Redaction Request due 10/2/2019. Redacted Transcript Deadline set for 10/12/2019. Release of Transcript Restriction set for 12/10/2019.(Wick, Sara) (Entered: 09/11/2019) |
| 09/11/2019 | | 10 | Minute Order and Entry for Proceedings held before Judge Dabney L. Friedrich: Preliminary Injunction concluded on 9/11/2019. 9 Motion for Preliminary Injunction; DENIED by the Court for reasons stated on the record. Further Order to be issued by the Court. Court Reporter: Sara Wick. (zcal) (Entered: 09/11/2019) |
| 09/11/2019 | 25 | 8 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to Order on Motion for Preliminary Injunction,,, by SAMUEL JONATHAN ANTHONY, JR. Filing fee $ 505, receipt number 0090−6372141. Fee Status: Fee Paid. Parties have been notified. (Copeland, Gregory) (Entered: 09/11/2019) |
| 09/11/2019 | 26 | 11 | ORDER denying the petitioner's 9 Motion for Preliminary Injunction for the reasons stated in open court at the hearing held on September 11, 2019. See text for details. So Ordered by Judge Dabney L. Friedrich on September 11, 2019. (lcdlf3) (Entered: 09/11/2019) |

| | |
|---|---|
| Samuel Jonathan ANTHONY Jr., *Petitioner*, -against- William P. BARR, Attorney General of the United States; Kevin K. MCALEENAN, Acting Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY, *Respondents*. | Case No. 1:19-cv-02441-DLF **NOTICE OF APPEAL** |

## INTRODUCTION

NOTICE is hereby given that Petitioner Samuel Jonathan Anthony Jr. appeals to the United States Court of Appeals for the District of Columbia from all aspects of the September 11, 2019 Order of the Honorable Judge Dabney L Friedrich on Petitioner's Habeas Petition.

Dated: September 11, 2019
      New York, NY

                                                    Respectfully submitted,

                                                  By:   */s/ Gregory P. Copeland*

                                                  Thomas K. Ragland (Bar ID: 501021)
                                                  CLARK HILL PLC
                                                  1001 Pennsylvania Avenue, NW
                                                  Washington, DC 20004-2505
                                                  Phone: (202) 552-2360
                                                  Fax: (202) 552-2384
                                                  Email: tragland@clarkhill.com

Gregory P. Copeland (Bar ID: NY0311)
R<span style="font-variant:small-caps">apid</span> D<span style="font-variant:small-caps">efense</span> N<span style="font-variant:small-caps">etwork</span>
11 Broadway Ste 615
New York, NY 10004-1490
Phone (212) 843-0910
Fax: (212) 257-7033
E-mail: gregory@defensenetwork.org

ATTORNEYS FOR THE PETITIONER

# U.S. District Court

## District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 9/11/2019 at 4:02 PM and filed on 9/11/2019

| | |
|---|---|
| **Case Name:** | ANTHONY v. BARR et al |
| **Case Number:** | 1:19−cv−02441−DLF |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Minute Order and Entry for Proceedings held before Judge Dabney L. Friedrich: Preliminary Injunction concluded on 9/11/2019. [9] Motion for Preliminary Injunction; DENIED by the Court for reasons stated on the record. Further Order to be issued by the Court. Court Reporter: Sara Wick. (zcal)**

**1:19−cv−02441−DLF Notice has been electronically mailed to:**

Patricia K. McBride    patricia.mcbride@usdoj.gov, sharyn.lee2@usdoj.gov, usadc.fmcs@usdoj.gov, victor.esquivel@usdoj.gov

Thomas K. Ragland    tragland@clarkhill.com, bdistinto@clarkhill.com, eramosvelasquez@clarkhill.com, jakyea@clarkhill.com, jcook@clarkhill.com, lromero@clarkhill.com, ptaurel@clarkhill.com

Gregory P. Copeland    gregory@defensenetwork.org

**1:19−cv−02441−DLF Notice will be delivered by other means to::**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMUEL JONATHAN ANTHONY JR.

*Petitioner*,

v.

WILLIAM P. BARR, *et al.*,

*Respondents*.

No. 19-cv-2441 (DLF)

## ORDER

Before the Court is petitioner Samuel Jonathan Anthony Jr.'s motion for a preliminary injunction, Dkt. 9. Based on the parties' submissions and oral argument on September 6, 2019, and for the reasons stated in open court at the hearing held on September 11, 2019, it is

**ORDERED** that the petitioner's motion for a preliminary injunction is **DENIED**. It is further

**ORDERED** that in the interest of justice, and with the government's consent, the execution of removal is stayed through September 13, 2019 to allow the petitioner time to appeal the Court's September 11, 2019 ruling.

September 11, 2019

_____
DABNEY L. FRIEDRICH
United States District Judge