```
 1                BEFORE THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
 2

 3   SAMUEL JONATHAN ANTHONY, JR.,    .
                                      .    Case Number 19-CV-2441
 4           Petitioner,              .
                                      .
 5        vs.                         .    Washington, D.C.
                                      .    August 14, 2019
 6   WILLIAM P. BARR, et al.,         .    3:07 p.m.
                                      .
 7           Respondents.             .
     - - - - - - - - - - - - - - - - -
 8

 9           TRANSCRIPT OF TELEPHONIC STATUS CONFERENCE
                BEFORE THE HONORABLE DABNEY FRIEDRICH
10                   UNITED STATES DISTRICT JUDGE

11

12   APPEARANCES:

13   For the Petitioner:          KEVIN McCANTS, ESQ.
                                  The McCants Firm
14                                601 Pennsylvania Avenue Northwest
                                  Suite 900
15                                Washington, DC 20004

16   For the Respondent:          PATRICIA McBRIDE, ESQ.
                                  United States Attorney's Office
17                                555 Fourth Street Northwest
                                  Washington, D.C. 20530
18

19

20

21   Official Court Reporter:     SARA A. WICK, RPR, CRR
                                  333 Constitution Avenue Northwest
22                                U.S. Courthouse, Room 4704-B
                                  Washington, D.C. 20001
23                                202-354-3284

24
     Proceedings recorded by stenotype shorthand.
25   Transcript produced by computer-aided transcription.
```

```
 1                    P R O C E E D I N G S
 2         THE COURTROOM DEPUTY:  This is Civil Case year
 3   2019-2441, Samuel Jonathan Anthony, Jr., versus William P. Barr,
 4   et al.
 5         Counsel, please introduce yourselves for the record,
 6   beginning with the petitioner.
 7         MR. McCANTS:  Good afternoon, Your Honor.  Kevin
 8   McCants for Mr. Anthony.
 9         THE COURT:  Good afternoon.
10         MS. McBRIDE:  And Your Honor, good afternoon.
11   Patricia McBride on behalf of defendants.
12         THE COURT:  Good afternoon, Ms. McBride.
13         I appreciate you being available for a quick telephone
14   conference on the matter I have before me, your joint proposal
15   to have the defendants file an opposition by August 29th and the
16   plaintiff a reply by September 10th.
17         But I was confused by your proposed schedule because I'm
18   not sure, what is the opposition in response to?  Right now, I
19   have ruled on the TRO.  There is no motion pending before me.
20         Mr. McCants, are you expecting me to construe the complaint
21   as a motion for preliminary injunction?  The local rule requires
22   that an application for preliminary injunction shall be made in
23   a document separate from the complaint.
24         Have you all talked about resolving this on the merits,
25   combining any consideration of a motion for preliminary
```

1  injunction, if that's what you seek, with consideration of the
2  matter on the merits?
3       I am confused by the proposal you have set before me.
4            MR. McCANTS:  Your Honor, we were going to file
5  separately a motion for preliminary injunction.  We just hadn't
6  filed it yet.  We are going to file separately the motion for
7  preliminary injunction.
8            THE COURT:  Mr. McCants, I need you to speak up and
9  into the phone.  We are having a hard time hearing you.
10           MR. McCANTS:  Oh, I'm sorry, Your Honor.  We are going
11 to file separately a motion for preliminary injunction.
12           THE COURT:  You are going to file one?
13           MR. McCANTS:  Yes.
14           THE COURT:  And when is that?
15           MR. McCANTS:  We were planning on filing one this
16 week.
17           THE COURT:  Okay.  The other issue I see is I am
18 concerned about the date, the expiration of the TRO.  It will
19 expire on August 26th, and your briefing extends far beyond
20 that.  I can extend it another two weeks to September 9th for
21 good cause or if the government consents to it.  But the bottom
22 line is, I need to resolve the PI by September 9th at the
23 latest.
24      So I think we need to move your schedule up a bit, and I
25 need to find out from Ms. McBride whether the government

1   consents to extending the TRO for that amount of time.
2          Ms. McBride?  Hello?  Ms. McBride, I don't know if you've
3   got -- we are not hearing you.  I don't know if you are hearing
4   us.
5              MS. McBRIDE:  I can hear you perfectly.  Can you hear
6   me?
7              THE COURT:  Yes, we can hear you now.
8              MS. McBRIDE:  Okay.  I am on my way to a doctor's
9   appointment.  I apologize.
10       We weren't understanding yesterday when we spoke to counsel
11  how we should proceed.  Counsel indicated that he is not
12  available next week, and then during the last week of August,
13  there was a scheduling issue on my part.  That's why the
14  schedule is what it is.
15             THE COURT:  All right.  I've got a deadline on this
16  TRO.  Again, it will expire on August 26th.  I can extend it
17  under the rules to September 9th if I find good cause to do so
18  or if you, the government, consents to it.
19       But this schedule that's before me is not expedited enough
20  to follow -- for me to follow the rules here.  And Mr. McCants,
21  it's doubly hard not having a motion before me, because that
22  starts another clock on the PI.
23             MR. McCANTS:  We will get the motion in today, Your
24  Honor, and we would ask the government if they would consent to
25  extending it to September 9th for the briefing schedule.

1  　　　　　MS. McBRIDE:  Your Honor, at this point I haven't been
2  able to speak with defendants so see if they will consent to an
3  extension.  We didn't even -- I wasn't even aware this week when
4  I conferred with counsel yesterday --
5  　　　　　THE COURT:  You weren't aware of the rule or what?
6  　　　　　MS. McBRIDE:  Actually we weren't even considering
7  that.  I was thinking we could have something next week, and
8  counsel said he's not available next week.  That's the only
9  reason I agreed to a longer date.  I was just asking if counsel
10 could be available next week to be in line with the August 26th
11 date.
12 　　　　　THE COURT:  Okay.  Again, the TRO will expire on the
13 26th.  I can extend it for good cause or if the government
14 consents.  I can extend it for two weeks until September 9th.
15 Any hearing on application for preliminary injunction shall be
16 set no later than 21 days after its filing unless I either
17 decide the motion on the papers or make a finding that a later
18 hearing date will not prejudice the party.
19 　　　Have you all had discussions about whether we can combine
20 all of this into consideration on the merits?  Have you all
21 talked about that?
22 　　　　　MS. McBRIDE:  Your Honor, we did not discuss that.
23 Counsel indicated to me, when I spoke to him yesterday, that he
24 wanted to do that, but we did not discuss that.
25 　　　　　THE COURT:  All right.  What I am going to do, it

1    sounds like he needs to file a motion, and he is going to do so
2    today.  I am going to ask that you all submit another proposed
3    schedule tomorrow consistent with the federal and the local
4    rules.
5         And to the extent the parties are receptive to deciding
6    this -- having me decide this on the merits, consolidating the
7    hearing with the trial on the merits if there are factual
8    disputes, if there are not factual disputes consolidating a
9    decision on the preliminary injunction with cross-motions for
10   summary judgment, I would welcome that.
11        All right?
12             MR. McCANTS:  Yes, Your Honor.
13             MS. McBRIDE:  Yes, Your Honor.
14             THE COURT:  So I will ask -- Mr. McCants, you say you
15   will file your motion, your application for preliminary
16   injunction today?
17             MR. McCANTS:  Yes, Your Honor, it will be filed today.
18             THE COURT:  All right.  So you file that today.  I
19   will order that.  And I will order both of you to submit by
20   5:00 p.m. tomorrow a proposed schedule for further proceedings
21   that are consistent with the federal and local rules.  And if
22   you do both agree to consolidate something on the merits, I will
23   entertain that as well.
24        We have to keep in mind the time limits on the TRO, though.
25   And I do have some other trials set.  So I am not committing now

1    that I would be able to do a trial in short order, but I would
2    be receptive to that proposal if it worked for both of you and I
3    could accommodate it with my schedule.  If not, we will have to
4    do it in two stages.
5         But at this point I am not even sure if there are factual
6    issues in dispute, whether this could be resolved as a matter of
7    law on the papers.  It seems to me we ought to try to get to the
8    answer as expeditiously as possible and not have multiple rounds
9    with the TRO, the PI, and ultimate decision on the merits.
10        And Ms. McBride, in particular, what I need to have from
11   you in the proposal tomorrow is an indication whether you
12   consent, the government consents to a TRO extension beyond
13   August 26th when it is set to expire.
14             MS. McBRIDE:  Yes, Your Honor.
15             THE COURT:  As I see it, the latest we could go is
16   September 9th.  But these are all issues that I need you all to
17   address by close of business tomorrow.  All right?
18             MR. McCANTS:  Yes, Your Honor.  No problem.
19             THE COURT:  All right.  Thank you very much.
20             MR. McCANTS:  Thank you.
21        (Proceedings adjourned at 3:16 p.m.)

```
 1                CERTIFICATE OF OFFICIAL COURT REPORTER
 2
 3           I, Sara A. Wick, certify that the foregoing is a
 4   correct transcript from the record of proceedings in the
 5   above-entitled matter.
 6
 7
 8
 9   /s/ Sara A. Wick                        September 22, 2019
10   SIGNATURE OF COURT REPORTER            DATE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```