UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

RECEIVED
AUG 26 2019
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Gregory P. Copeland
RAPID DEFENSE NETWORK
1 Broadway
Suite 615
New York, NY 10004

NIXIE    100   EE 1          0108
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 20001         *1817-02574-
10004-10079