# United States Court of Appeals
### For The District of Columbia Circuit

**No. 19-5243**  **September Term, 2019**

**1:19-cv-02441-DLF**

**Filed On:** November 22, 2019

Samuel Jonathan Anthony, Jr.,

    Appellant

    v.

William P. Barr, Attorney General of the United States, et al.,

    Appellees

## O R D E R

Upon consideration of the joint stipulation of dismissal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:   /s/
        Amanda Himes
        Deputy Clerk