IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL JONATHAN ANTHONY Jr., ) | |
| ) | |
|     Petitioner, ) | |
| ) | Civil Action No. 19-2441 (DLF) |
| vs. ) | |
| ) | |
| WILLIAM P. BARR, Attorney General of the ) | |
| United States, *et. al.*, ) | |
| ) | |
|     Respondents. ) | |
| _____ ) | |

## **JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated November 20, 2019, Plaintiff, Samuel Johnathan Anthony, and Defendants, William P. Barr, Attorney General of the United States, *et. al.*, jointly referred to as the Parties, by and through their counsel, informs the Court as follows:

1.  Petitioner Anthony remains in the custody of Immigration and Customs Enforcement at the Farmville Detention Center located at 508 Waterworks Road Farmville, Virginia, 23901.

2.  As the Court contemplated in its order denying Petitioner's motion for a preliminary injunction (ECF No. 26), that decision was the subject of an appeal to the District of Columbia Circuit Court (ECF No. 27). The Circuit Court initially issued an administrative stay in an order dated September 18, 2019. By subsequent order, the Circuit Court dissolved the administrative stay on November 1, 2019. Counsel for Petitioner moved to reconsider the order dissolving the stay, and that motion was denied on November 5, 2019. The parties then entered into a joint stipulation to withdraw the appeal, that was so ordered on November 22, 2019. *See* ECF No. 33.

3.  Petitioner Anthony had previously received two Requests for Evidence ("RFE")

concerning his U Visa application from U.S. Citizenship and Immigration Services on August 16, 2019. The RFEs required Petitioner Anthony to submit responses by November 11, 2019. Petitioner Anthony's immigration counsel, Fabienne Chatain, submitted Petitioner Anthony's timely response to the RFEs on November 11, 2019.

4. The U.S. Immigration and Customs Enforcement ("ICE") plans to remove Plaintiff from the country in the near future.

Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   */s/ Patricia K. McBride*
PATRICIA K. MCBRIDE
Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-7123
Fax: (202) 252-2599
Email: patricia.mcbride@usdoj.gov

*Attorneys for Defendants*

<u>Gregory P. Copeland</u>
Gregory P. Copeland
*Counsel for Petitioner*

*Attorney for Plaintiff*